| | |
|---|---|
| **THE ESTATE OF MANUEL CARABALLO,** Represented by its administratrix **NURIA CLEMENTE ROSADO,** | 1:08-cv-66 |
| Plaintiff, | |
| v. | |
| **VIRGIN ISLANDS HORSE RACING COMMISSION and TRAXCO, INC.,** | |
| Defendants. | |

**TO:** Wilfredo A. Geigel, Esq.
Raymond T. James, Esq., AAG
Todd H. Newman, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiff's Motion For Reconsideration of Order For Dismissal (Docket No. 26). The time for filing any response has expired.

Having reviewed the matter and upon due consideration thereof, the Court finds that reconsideration is not warranted. The Order Dismissing Case With Prejudice (Docket No. 25) clearly states that the Court retains jurisdiction to enforce the settlement agreement. Thus, any concerns Plaintiff has or may have concerning the fact that the settlement has not yet been completed is not a basis for reconsidering the said Order.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion For Reconsideration of Order For Dismissal (Docket No. 26) is **DENIED**.

ENTER:

Dated: January 20, 2010 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE